SNUG HARBOR REALTY CO., A NEW JERSEY CORPORA-
TION, PLAINTIFF-RESPONDENTS, v. THE FIRST NA-
TIONAL BANK OF TOMS RIVER, N. J., A NATIONAL
BANKING ASSOCIATION OF THE UNITED STATES,
DEFENDANT-APPELLANT, AND THE TRUST COMPANY
OF OCEAN COUNTY, A BANKING CORPORATION OF
NEW JERSEY, DEFENDANT.

Argued May 20, 1969—Decided June 2, 1969.

*Mr. Murray Greiman* argued the cause for appellant
(*Messrs. Lifland and Greiman*).

*Mr. Ralph G. Mesce* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Lewis in the Appellate
Division, 105 *N. J. Super.* 572.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL SCHETTINO and HANE-
MAN—7.

*For reversal*—None.